# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-00984-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE THE SETTLEMENT CONFERENCE<br><br>(ECF No. 21) |

Plaintiff Reginald Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to continue the settlement conference currently scheduled for May 28, 2020.

Good cause having been presented, it is HEREBY ORDERED that the settlement conference is continued to **September 24, 2020**, at 9:30 a.m.

IT IS SO ORDERED.

Dated: **May 26, 2020**                          /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE