# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>SHERMAN, *et al.*,<br><br>            Defendants. | Case No.  1:19-cv-00984-SAB (PC)<br><br>ORDER REQUIRING REMOTE APPEARANCES AT SETTLEMENT CONFERENCE<br><br>**Date:  September 24, 2020**<br>**Time:  9:30 a.m.** |

A settlement conference in this matter is currently scheduled on September 22, 2020, at 9:30 a.m. before the undersigned.  In light of the coronavirus (COVID-19) outbreak and the evolving coronavirus protocols, the Court finds that the parties shall appear **remotely** via Zoom.  Plaintiff shall appear telephonically by calling into the appropriate Zoom phone number and entering the required meeting ID.  Counsel for Defendants shall appear by video via the Zoom application.

Counsel for Defendants shall contact Courtroom Deputy, Esther Valdez, at (559) 499-5788 or evaldez@caed.uscourts.gov for the video and dial-in information for all parties.  Counsel for Defendants is also required to arrange for Plaintiff's participation by contacting the Litigation Coordinator at the institution where Plaintiff is housed and providing the Zoom contact information.

IT IS SO ORDERED.

Dated:  **July 28, 2020**                                    /s/ *Barbara A. McAuliffe*
                                                                              UNITED STATES MAGISTRATE JUDGE

1