# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD JOHNSON,<br><br>       Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>       Defendants. | Case No.: 1:19-cv-00984-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 25, 27) |

Plaintiff Reginald Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 14, 2020, Plaintiff filed a motion to dismiss this action with prejudice. (ECF No. 25.) On August 24, 2020, Defendants filed a stipulation concurring in Plaintiff's request for dismissal with prejudice. (ECF No. 27.)

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice and without an award of costs or attorneys' fees. Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action with prejudice pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:    **August 25, 2020**

UNITED STATES MAGISTRATE JUDGE